**Union County Trust Company of Elizabeth, New Jersey, appellee, v. Charles L. Schwerin, appellant. Gen. No. 33,453.**

Opinion filed October 14, 1929.

Fred M. Outhouse, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

**H. Wagner, appellee, v. Ziff Brothers, appellant. Gen. No. 33,462.**

McSurely, P. J., dissents. Opinion filed October 14, 1929.

Otto F. Reich and Ode L. Rankin, for appellant. John J. Sonsteby and Joseph J. Berzin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

**Arthur H. Rance et al., trading as The Prudential Realty Company, appellants, v. Edith A. Wallin, appellee. Gen. No. 33,580.**

Opinion filed October 14, 1929.

Harold Engstrom, for appellants; Austin L. Wyman, of counsel. Isidore Vise, for appellee; Menz I. Rosenbaum, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**Jennie J. Silberman, appellee, v. Harry Shraiberg et al., defendants. Louis T. Volin, appellant. Gen. No. 33,776.**

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

Maurice L. Davis, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; I. E. Ferguson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.